IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DARRIEL VICKERS,                              *

                          Plaintiff,          *

v.                                                    Case No. 7:21-CV-119(HL)

                                              *

LOWNDES COUNTY JAIL,

                                              *

                          Defendant.

_____              *

## J U D G M E N T

Pursuant to this Court's Order dated December 21, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 21st day of December, 2021.

David W. Bunt, Clerk


s/ S. B. DeCesare, Deputy Clerk